FAYETTEVILLE INSURANCE AND REALTY COMPANY v. CHEROKEE
. LUMBER COMPANY.

(Filed 9 December, 1914.)

**Appeal and Error—Trials—Questions of Fact.**
    No legal questions being involved, the judgment below is affirmed.

APPEAL by A. F. Young from *Lyon, J.,* at October Term, 1913, of
CUMBERLAND.

*R. L. Godwin for claimant.*
*Rose & Rose and Robinson & Lyon for receivers.*

PER CURIAM. This is an appeal from an order disallowing a claim
filed against an estate in the hands of a receiver.

No legal question is involved, and as the court has found the fact
against the claimant, upon whom rested the burden of proof, the judg-
ment must be

Affirmed.